IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SEAN MEEHAN and EMILY MEEHAN, Individually and as Next Best Friends and Natural Parents of R. Meehan, a Minor Child, and K. Meehan, a Minor Child,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHLANDER SPECIALTY INSURANCE COMPANY; RAYYON CARGO, INC.; and ERIC NIYOMUGABO,<br><br>Defendants. | CIVIL ACTION FILE NO. 2:23-CV-284-RWS |

**NOTICE OF REMOVAL**

COME NOW defendants and, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this notice of removal within the time prescribed by law, showing the Court as follows:

1.

On November 28, 2023, plaintiffs filed a complaint in the State Court of Jackson County, Georgia, Civil Action File No. 23SV428, which county is within the Gainesville Division of the Northern District of Georgia.

2.

This notice of removal is filed within the time period prescribed by 28 U.S.C. § 1446(b).

3.

Defendants have not yet been served.

4.

A true and correct copy of all process, pleadings, and orders filed in connection with this action is attached hereto as Exhibit A. Defendants have no knowledge of any other process, pleadings, or orders filed or served in connection with this action, other than those attached hereto.

5.

This Court has original jurisdiction over plaintiffs' claims under 28 U.S.C. § 1332.

6.

There is complete diversity among the parties.

7.

Plaintiffs are citizens of New Jersey. (*See* Compl. ¶ 3.)

8.

Defendant Eric Niyomugabo is a citizen of Michigan.  (*See* Compl. ¶ 8.)

9.

Defendant Rayyon Cargo Inc. ("Rayyon") is an Ohio corporation with its principal place of business in Ohio.  (*See* Compl. ¶ 4.)  Accordingly, it is a citizen of Ohio for purposes of diversity jurisdiction.  28 U.S.C. § 1332(c)(1).

10.

Defendant Highlander Specialty Insurance Company ("Highlander Specialty") is a Texas corporation with its principal place of business in Texas.  Accordingly, it is a citizen of Texas for diversity purposes.  28 U.S.C. § 1332(c)(1).

11.

Defendants make a plausible allegation that plaintiffs are seeking recovery in an amount in excess of $75,000, exclusive of interest and costs.  *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 135 S. Ct. 547, 554 (2014).  Specifically, plaintiffs are seeking general and special damages for personal injuries, including in excess of $100,000.00 for past and future medical expenses, attorney's fees, punitive damages, and past and future pain and suffering, and all other damages allowable under Georgia law.  (Compl ¶¶ 56-58.)

12.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, this notice of removal having been filed, said action shall proceed in the United States District Court for the Northern District of Georgia, Gainesville Division, and no further proceedings shall be held in said case in the State Court of Jackson County, Georgia.

STONE KALFUS LLP

*/s/ Dustin S. Sharpes*
Matthew P. Stone
Georgia Bar No. 684513
matt.stone@stonekalfus.com
Shawn N. Kalfus
Georgia Bar No. 406227
shawn.kalfus@stonekalfus.com
Dustin S. Sharpes
Georgia Bar No. 522995
dustin.sharpes@stonekalfus.com
Attorneys for Defendants

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309

- 5 -

(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)

- 5 -

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, I filed the foregoing *NOTICE OF REMOVAL* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

>Travis Hargrove, Esq.
>Morgan & Morgan Atlanta PLLC
>408 12th Street
>Suite 200
>Columbus, GA 31901
>thargrove@forthepeople.com
>drogers@forthepeople.com

>*/s/ Dustin S. Sharpes*
>Dustin S. Sharpes
>Georgia Bar No. 522995

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)