IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

SEAN MEEHAN and EMILY MEEHAN, Individually and as Next Best Friends and Natural Parents of R. Meehan, a Minor Child, and K. Meehan, a Minor Child,

    Plaintiff,

v.

HIGHLANDER SPECIALTY INSURANCE COMPANY,

    Defendant.

CIVIL ACTION FILE NO.

NO. 2:23-CV-0284-SCJ

## **O R D E R**

Counsel having filed Notice [Doc. 19] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 4th day of November, 2024.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE